**Ross E. DAVIDSON, Appellant,**

v.

**STATE of Missouri, DEPARTMENT OF SOCIAL SERVICES, FAMILY SUPPORT DIVISION and Eva May Davidson, Respondents.**

**No. WD 74923.**

Missouri Court of Appeals, Western District.

Jan. 29, 2013.

Ross Davidson, Cameron, MO, Acting Pro Se.

Nicolas Taulbee, Kansas City, MO, for Respondent, Dept. of Social Services.

Eva McDunn, Great Falls, MT, Acting Pro Se.

Before THOMAS H. NEWTON, P.J., JOSEPH M. ELLIS, and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Mr. Ross Davidson appeals the circuit court's judgment affirming a child support order against him from the Missouri Department of Social Services, Family Support Division.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).